**Form 126**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Jonathan Beaver
Nicole Beaver
aka Nicole Matson**
    Debtor(s)

Bankruptcy Case No.: 26–21543–JAD

Chapter: 7

## NOTICE OF STATEMENT OF PRESUMPTION OF ABUSE

**NOTICE IS HEREBY GIVEN THAT:**

The Debtor(s) filed a *Statement* indicating that the presumption of abuse arises under *section 707(b)* of the Bankruptcy Code.

If the presumption of abuse arises under *section 707(b),* creditors may have the right to file a motion to dismiss the case or, with the debtor's consent, convert the case to a case under chapter 11 or chapter 13.

The debtor may rebut the presumption by showing special circumstances.

Dated: June 1, 2026

Michael R. Rhodes
Clerk

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                Case No. 26-21543-JAD

Jonathan Beaver                                                       Chapter 7

Nicole Beaver

     Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2                    User: auto                                    Page 1 of 4

Date Rcvd: Jun 01, 2026                 Form ID: 126                                  Total Noticed: 77

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 03, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jonathan Beaver, Nicole Beaver, 56 Maplewood Court, Delmont, PA 15626-1508 |
| 16676598 | | 11 Xfinity Mobile, 1130 Northchase Pkwy SE, Marietta, GA 30067-6413 |
| 16676605 | | Capitalone, Capital, 1 Attn Bankruptcy, Charlotte, NC 28201-1330 |
| 16676612 | | Citibank N.A., 350 Camino de la Reina, San Diego, CA 92108-3007 |
| 16676624 | | Delaney Chevrolet Nissan Volvo, 5200 State Route 30, Greensburg, PA 15601-7873 |
| 16676626 | | First Electronic Bank, 350 Camino de la Reina, San Diego, CA 92108-3007 |
| 16676634 | | Lvnv Funding LLC, Greenville, SC 29602 |
| 16676642 | + | Pamela Beaver, 1408 Swede Hill Road, Greensburg, PA 15601-4748 |
| 16676653 | | Synchrony Bank Tjx Rewards Cre, Greenville, SC 29602 |
| 16676668 | | Tdrcs/Yard Card, Columbia, SC 29202 |
| 16676670 | | The Bank of Missouri, 350 Camino de la Reina, San Diego, CA 92108-3007 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 16676599 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 02 2026 01:19:01 | Amex/Cbna, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 16676601 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Jun 02 2026 01:19:00 | Bank of America, Attn: Bankruptcy, PO Box 15019, Wilmington, DE 19886-5019 |
| 16676600 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Jun 02 2026 01:19:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 16676603 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 02 2026 01:19:17 | Capital One, AttN: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 16676602 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 02 2026 01:18:59 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 16676604 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 02 2026 01:19:07 | Capitalone, PO Box 3115, Milwaukee, WI 53201-3115 |
| 16676606 | + | Email/Text: bankruptcy@cavps.com | Jun 02 2026 01:20:00 | Cavalry Portfolio Serv, 1 American Ln, Greenwich, CT 06831-2563 |
| 16676607 | | Email/Text: bankruptcy@cavps.com | Jun 02 2026 01:20:00 | Cavalry Portfolio Services, Attn: Bankruptcy, 1 American Ln Ste 220, Greenwich, CT 06831-2563 |
| 16676608 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 02 2026 01:19:16 | Chase Card Services, PO Box 15369, Wilmington, DE 19850-5369 |
| 16676609 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 02 2026 01:18:58 | Chase Card Services, Attn: Bankruptcy, PO Box 15299, Wilmington, DE 19850-5299 |
| 16676610 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 02 2026 01:19:01 | Citibank, PO Box 6217, Sioux Falls, SD 57117-6217 |

District/off: 0315-2                              User: auto                                    Page 2 of 4
Date Rcvd: Jun 01, 2026                          Form ID: 126                              Total Noticed: 77

| 16676611 | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Jun 02 2026 01:19:10 | Citibank, Attn: Bankruptcy Department, PO Box 790046, Saint Louis, MO 63179-0046 |
| 16676613 | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Jun 02 2026 01:19:10 | Citibank/Sears, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 16676614 | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Jun 02 2026 01:19:10 | Citibank/Sears, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 16676616 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | Jun 02 2026 01:20:00 | Comenity Bank, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 16676615 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | Jun 02 2026 01:20:00 | Comenity Bank, PO Box 182789, Columbus, OH 43218-2789 |
| 16676618 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | Jun 02 2026 01:20:00 | Comenity Bank/Maurices, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 16676617 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | Jun 02 2026 01:20:00 | Comenity Bank/Maurices, PO Box 182789, Columbus, OH 43218-2789 |
| 16676619 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | Jun 02 2026 01:20:00 | Comenity/Carter, PO Box 182120, Columbus, OH 43218-2120 |
| 16676620 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | Jun 02 2026 01:20:00 | Comenity/Carter, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 16676622 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | Jun 02 2026 01:20:00 | Comenity/MPRC, Attn: Bankrutpcy, PO Box 182125, Columbus, OH 43218-2125 |
| 16676621 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | Jun 02 2026 01:20:00 | Comenity/MPRC, PO Box 182120, Columbus, OH 43218-2120 |
| 16676623 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Jun 02 2026 01:19:18 | Credit One Bank N.A., 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 16676637 | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Jun 02 2026 01:19:10 | Macy's/ DSNB, Attn: Bankruptcy, 9111 Duke Blvd, Mason, OH 45040-8999 |
| 16676625 | Email/Text: mrdiscen@discover.com | | |
| | | Jun 02 2026 01:20:00 | Discovercard, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 16676628 | Email/Text: BNSFS@capitalsvcs.com | | |
| | | Jun 02 2026 01:20:00 | First Savings Bank, Attn: Bankruptcy, PO Box 5019, Sioux Falls, SD 57117-5019 |
| 16676627 | Email/Text: BNSFS@capitalsvcs.com | | |
| | | Jun 02 2026 01:20:00 | First Savings Bank, PO Box 5019, Sioux Falls, SD 57117-5019 |
| 16676631 | Email/Text: bankruptcy@webbank.com | | |
| | | Jun 02 2026 01:20:00 | Imagine Credit, Attn: Account Services/Bankruptcy, PO Box 105824, Atlanta, GA 30348-5824 |
| 16676630 | Email/Text: Atlanticus@ebn.phinsolutions.com | | |
| | | Jun 02 2026 01:20:00 | Imagine Credit, PO Box 105555, Atlanta, GA 30348-5555 |
| 16676632 | Email/Text: LC-Bankruptcy-RF@loancare.net | | |
| | | Jun 02 2026 01:20:00 | Loancare LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 16676633 | Email/Text: LC-Bankruptcy-RF@loancare.net | | |
| | | Jun 02 2026 01:20:00 | Loancare LLC, Attn: Bankrutptcy, PO Box 8068, Virginia Beach, VA 23450-8068 |
| 16676635 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Jun 02 2026 01:19:00 | Lvnv Funding LLC/Resurgent Capital Servi, Resurgent Correspondence, Attn: Bankrupt, PO Box 1269, Greenville, SC 29602-1269 |
| 16676636 | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Jun 02 2026 01:19:01 | Macy's/ DSNB, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 16676638 | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | Jun 02 2026 01:20:00 | Midland Credit Managem, 350 Camino de la Reina, San Diego, CA 92108-3007 |
| 16676639 | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | Jun 02 2026 01:20:00 | Midland Credit Mgmt, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |

| | | | |
|---|---|---|---|
| 16676640 | | Email/Text: ml-ebn@missionlane.com | |
| | | Jun 02 2026 01:19:00 | Mission Lane/Webbank, PO Box 105286, Atlanta, GA 30348-5286 |
| 16676641 | ^ MEBN | | |
| | | Jun 02 2026 01:11:57 | National Debt Relief, PO Box 2011, New York, NY 10272-2011 |
| 16676644 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
| | | Jun 02 2026 01:19:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 16676643 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
| | | Jun 02 2026 01:19:09 | Portfolio Recov Assoc, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 16676629 | | Email/Text: bankruptcy@sequium.com | |
| | | Jun 02 2026 01:20:00 | Focus Receivables Management, LLC, 1130 Northchase Pkwy SE, Ste 150, Marietta, GA 30067-6429 |
| 16676645 | | Email/Text: bankruptcy@sequium.com | |
| | | Jun 02 2026 01:20:00 | Sequium, 1130 Northchase Pkwy SE, Marietta, GA 30067-6413 |
| 16676646 | ^ MEBN | | |
| | | Jun 02 2026 01:12:18 | Syncb/Old Navy, PO Box 8803, Wilmington, DE 19899-8803 |
| 16676647 | | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | Jun 02 2026 01:18:58 | Syncb/Old Navy, Attn: Bankruptcy, PO Box 96506, Orlando, FL 32896-5065 |
| 16676648 | + | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | Jun 02 2026 01:18:58 | Syncb/Venmo, PO Box 71737, Philadelphia, PA 19176-1737 |
| 16676649 | | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | Jun 02 2026 01:19:06 | Syncb/Venmo, Attn: Bankruptcy, PO Box 965065, Orlando, FL 32896-5065 |
| 16676650 | + | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | Jun 02 2026 01:19:06 | Syncb/walm, PO Box 71746, Philadelphia, PA 19176-1746 |
| 16676651 | | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | Jun 02 2026 01:19:15 | Syncb/walm, Synchrony Bank, Attn: Bankruptcy Dept., PO Box 965065, Orlando, FL 32896-5065 |
| 16676652 | | Email/Text: bankruptcy@cavps.com | |
| | | Jun 02 2026 01:20:00 | Synchrony Bank, 1 American Ln, Greenwich, CT 06831-2560 |
| 16676655 | | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | Jun 02 2026 01:18:58 | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 16676654 | + | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | Jun 02 2026 01:19:17 | Synchrony Bank/Amazon, PO Box 71737, Philadelphia, PA 19176-1737 |
| 16676657 | | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | Jun 02 2026 01:19:16 | Synchrony Bank/American Eagle, Attn: Bankruptcy, PO Box 965065, Orlando, FL 32896-5065 |
| 16676656 | + | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | Jun 02 2026 01:18:58 | Synchrony Bank/American Eagle, PO Box 71727, Philadelphia, PA 19176-1727 |
| 16676659 | | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | Jun 02 2026 01:19:06 | Synchrony Bank/Care Credit, Attn: Bankruptcy Department, PO Box 965065, Orlando, FL 32896-5065 |
| 16676658 | + | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | Jun 02 2026 01:18:58 | Synchrony Bank/Care Credit, PO Box 71727, Philadelphia, PA 19176-1727 |
| 16676661 | | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | Jun 02 2026 01:19:15 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 16676660 | + | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | Jun 02 2026 01:19:06 | Synchrony Bank/Lowes, PO Box 71727, Philadelphia, PA 19176-1727 |
| 16676663 | | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | Jun 02 2026 01:19:06 | Synchrony Bank/Qvc, Attn: Bankruptcy, PO Box 965065, Orlando, FL 32896-5065 |
| 16676662 | + | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | Jun 02 2026 01:19:16 | Synchrony Bank/Qvc, PO Box 71727, Philadelphia, PA 19176-1727 |
| 16676665 | | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | Jun 02 2026 01:19:16 | Synchrony Bank/Sams Club, Attn: Bankruptcy, PO Box 965065, Orlando, FL 32896-5065 |

District/off: 0315-2                                      User: auto                                          Page 4 of 4

Date Rcvd: Jun 01, 2026                                  Form ID: 126                                        Total Noticed: 77

| | | | |
|---|---|---|---|
| 16676664 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jun 02 2026 01:19:06 | Synchrony Bank/Sams Club, PO Box 71727, Philadelphia, PA 19176-1727 |
| 16676666 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jun 02 2026 01:18:58 | Synchrony/Paypal Credit, PO Box 71727, Philadelphia, PA 19176-1727 |
| 16676667 | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 02 2026 01:18:58 | Synchrony/Paypal Credit, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |
| 16676669 | Email/Text: bankruptcy@td.com | Jun 02 2026 01:20:00 | Tdrcs/Yard Card, TD Retail Card Services, Attn: Bankruptc, PO Box 100114, Columbia, SC 29202-3114 |
| 16676671 | Email/Text: vci.bkcy@vwcredit.com | Jun 02 2026 01:20:00 | Volkswagen Credit, Inc, Attn: Bankruptcy, 1401 Franklin Blvd, Libertyville, IL 60048-4460 |
| 16676673 | Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com | Jun 02 2026 01:19:08 | Wells Fargo Bank NA, Attn: Bankruptcy, PO Box 393, Minneapolis, MN 55480-0393 |
| 16676672 | Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com | Jun 02 2026 01:19:17 | Wells Fargo Bank NA, PO Box 393, Minneapolis, MN 55480-0393 |

TOTAL: 66

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2026                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 1, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C. Thompson | on behalf of Debtor Jonathan Beaver bthompson@ThompsonAttorney.com bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;skennedy@thompsonattorney.com;krupert@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Brian C. Thompson | on behalf of Joint Debtor Nicole Beaver bthompson@ThompsonAttorney.com bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;skennedy@thompsonattorney.com;krupert@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Charles O. Zebley, Jr. | COZ@Zeblaw.com  PA67@ecfcbis.com;Lyndie@Zeblaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

TOTAL: 4