## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Nicole Beaver aka Nicole Matson                     CHAPTER 7
        Jonathan  Beaver
           Debtor(s)                              BKY. NO. 26-21543

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC and index same on the master mailing list.

            Respectfully submitted,

/s/ *Matthew Fissel*

Matthew Fissel
04 Jun 2026, 16:14:13, EDT

Matthew Fissel, Esq. (314567)   ☑
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com

Document ID: d243eb9a79020aee15c5977eca58d890304902336de5a50299d79a7deceb793e