<u>Information to identify the case:</u>

| | | | |
|---|---|---|---|
| Debtor 1: | Jonathan Beaver | Social Security number or ITIN: | xxx–xx–2302 |
| | First Name   Middle Name   Last Name | EIN: _ _–_ _ _ _ _ _ _ | |
| Debtor 2: | Nicole Beaver | Social Security number or ITIN: | xxx–xx–3159 |
| (Spouse, if filing) | First Name   Middle Name   Last Name | EIN: _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court:   WESTERN DISTRICT OF PENNSYLVANIA | | Date case filed for chapter:   7   5/31/26 | |
| Case number:   26–21543–JAD | | | |

<u>Official Form 309A (For Individuals or Joint Debtors)</u>

## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline

10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Jonathan Beaver | Nicole Beaver |
| 2. | **All other names used in the last 8 years** | | aka Nicole Matson |
| 3. | **Address** | 56 Maplewood Court<br>Delmont, PA 15626 | 56 Maplewood Court<br>Delmont, PA 15626 |
| 4. | **Debtor's attorney**<br>Name and address | Brian C. Thompson<br>Thompson Law Group , PC<br>301 Smith Drive<br>Suite 6<br>Cranberry Township, PA 16066 | Contact phone 724–799–8404<br><br>Email:  bthompson@ThompsonAttorney.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Charles O. Zebley Jr.<br>P.O. Box 2124<br>Uniontown, PA 15401 | Contact phone 724–439–9200<br><br>Email:  COZ@Zeblaw.com |

**For more information, see page 2 >**

Debtor **Jonathan Beaver** and **Nicole Beaver**                                     Case number **26–21543–JAD**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open:<br>Mon. – Fri. Pittsburgh Office:<br>9:00a.m. – 4:30p.m. Erie Office:<br>9:00a.m. – 4:30p.m.<br><br>Contact phone 412–644–2700<br><br>Date: 6/2/26 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **July 10, 2026 at 02:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 711 101 8337, and Passcode 6931919247, call 1–412–543–8294**<br>For additional information, go to:<br>https://www.justice.gov/ust/moc |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse arises. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 9/8/26** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 26-21543-JAD |
| Jonathan Beaver | Chapter 7 |
| Nicole Beaver | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 5 |
| Date Rcvd: Jun 02, 2026 | Form ID: 309A | Total Noticed: 83 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jonathan Beaver, Nicole Beaver, 56 Maplewood Court, Delmont, PA 15626-1508 |
| 16676598 | | 11 Xfinity Mobile, 1130 Northchase Pkwy SE, Marietta, GA 30067-6413 |
| 16676605 | | Capitalone, Capital, 1 Attn Bankruptcy, Charlotte, NC 28201-1330 |
| 16676612 | | Citibank N.A., 350 Camino de la Reina, San Diego, CA 92108-3007 |
| 16676624 | | Delaney Chevrolet Nissan Volvo, 5200 State Route 30, Greensburg, PA 15601-7873 |
| 16676626 | | First Electronic Bank, 350 Camino de la Reina, San Diego, CA 92108-3007 |
| 16676634 | | Lvnv Funding LLC, Greenville, SC 29602 |
| 16676642 | + | Pamela Beaver, 1408 Swede Hill Road, Greensburg, PA 15601-4748 |
| 16676653 | | Synchrony Bank Tjx Rewards Cre, Greenville, SC 29602 |
| 16676668 | | Tdrcs/Yard Card, Columbia, SC 29202 |
| 16676670 | | The Bank of Missouri, 350 Camino de la Reina, San Diego, CA 92108-3007 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: bthompson@ThompsonAttorney.com | Jun 03 2026 00:41:00 | Brian C. Thompson, Thompson Law Group , PC, 301 Smith Drive, Suite 6, Cranberry Township, PA 16066 |
| tr | ^ | MEBN | Jun 03 2026 00:31:35 | Charles O. Zebley, Jr., P.O. Box 2124, Uniontown, PA 15401-1724 |
| smg | | EDI: PENNDEPTREV | Jun 03 2026 04:29:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Jun 03 2026 04:29:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| ust | + | Email/Text: ustpregion03.pi.ecf@usdoj.gov | Jun 03 2026 00:41:00 | Office of the United States Trustee, 1000 Liberty Avenue, Suite 1316, Pittsburgh, PA 15222-4013 |
| cr | + | EDI: AISACG.COM | Jun 03 2026 04:29:00 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 16676599 | | EDI: CITICORP | Jun 03 2026 04:29:00 | Amex/Cbna, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 16676601 | | EDI: BANKAMER | Jun 03 2026 04:29:00 | Bank of America, Attn: Bankruptcy, PO Box 15019, Wilmington, DE 19886-5019 |
| 16676600 | | EDI: BANKAMER | Jun 03 2026 04:29:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 16676603 | | EDI: CAPITALONE.COM | Jun 03 2026 04:29:00 | Capital One, AttN: Bankruptcy, PO Box 30285, |

| | | | Salt Lake City, UT 84130-0285 |
|---|---|---|---|
| 16676602 | | EDI: CAPITALONE.COM | |
| | | Jun 03 2026 04:29:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 16676604 | | EDI: CAPITALONE.COM | |
| | | Jun 03 2026 04:29:00 | Capitalone, PO Box 3115, Milwaukee, WI 53201-3115 |
| 16676606 | + | Email/Text: bankruptcy@cavps.com | |
| | | Jun 03 2026 00:41:00 | Cavalry Portfolio Serv, 1 American Ln, Greenwich, CT 06831-2563 |
| 16676607 | | Email/Text: bankruptcy@cavps.com | |
| | | Jun 03 2026 00:41:00 | Cavalry Portfolio Services, Attn: Bankruptcy, 1 American Ln Ste 220, Greenwich, CT 06831-2563 |
| 16676608 | | EDI: JPMORGANCHASE | |
| | | Jun 03 2026 04:29:00 | Chase Card Services, PO Box 15369, Wilmington, DE 19850-5369 |
| 16676609 | | EDI: JPMORGANCHASE | |
| | | Jun 03 2026 04:29:00 | Chase Card Services, Attn: Bankruptcy, PO Box 15299, Wilmington, DE 19850-5299 |
| 16676610 | | EDI: CITICORP | |
| | | Jun 03 2026 04:29:00 | Citibank, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 16676611 | | EDI: CITICORP | |
| | | Jun 03 2026 04:29:00 | Citibank, Attn: Bankruptcy Department, PO Box 790046, Saint Louis, MO 63179-0046 |
| 16676613 | | EDI: CITICORP | |
| | | Jun 03 2026 04:29:00 | Citibank/Sears, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 16676614 | | EDI: CITICORP | |
| | | Jun 03 2026 04:29:00 | Citibank/Sears, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 16676616 | | EDI: WFNNB.COM | |
| | | Jun 03 2026 04:29:00 | Comenity Bank, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 16676615 | | EDI: WFNNB.COM | |
| | | Jun 03 2026 04:29:00 | Comenity Bank, PO Box 182789, Columbus, OH 43218-2789 |
| 16676618 | | EDI: WFNNB.COM | |
| | | Jun 03 2026 04:29:00 | Comenity Bank/Maurices, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 16676617 | | EDI: WFNNB.COM | |
| | | Jun 03 2026 04:29:00 | Comenity Bank/Maurices, PO Box 182789, Columbus, OH 43218-2789 |
| 16676619 | | EDI: WFNNB.COM | |
| | | Jun 03 2026 04:29:00 | Comenity/Carter, PO Box 182120, Columbus, OH 43218-2120 |
| 16676620 | | EDI: WFNNB.COM | |
| | | Jun 03 2026 04:29:00 | Comenity/Carter, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 16676622 | | EDI: WFNNB.COM | |
| | | Jun 03 2026 04:29:00 | Comenity/MPRC, Attn: Bankrutpcy, PO Box 182125, Columbus, OH 43218-2125 |
| 16676621 | | EDI: WFNNB.COM | |
| | | Jun 03 2026 04:29:00 | Comenity/MPRC, PO Box 182120, Columbus, OH 43218-2120 |
| 16676623 | | EDI: PRA.COM | |
| | | Jun 03 2026 04:29:00 | Credit One Bank N.A., 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 16676637 | | EDI: CITICORP | |
| | | Jun 03 2026 04:29:00 | Macy's/ DSNB, Attn: Bankruptcy, 9111 Duke Blvd, Mason, OH 45040-8999 |
| 16676625 | | EDI: DISCOVER | |
| | | Jun 03 2026 04:29:00 | Discovercard, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 16676628 | | Email/Text: BNSFS@capitalsvcs.com | |
| | | Jun 03 2026 00:41:00 | First Savings Bank, Attn: Bankruptcy, PO Box 5019, Sioux Falls, SD 57117-5019 |
| 16676627 | | Email/Text: BNSFS@capitalsvcs.com | |
| | | Jun 03 2026 00:41:00 | First Savings Bank, PO Box 5019, Sioux Falls, SD 57117-5019 |
| 16676631 | | Email/Text: bankruptcy@webbank.com | |
| | | Jun 03 2026 00:41:00 | Imagine Credit, Attn: Account Services/Bankruptcy, PO Box 105824, Atlanta, GA 30348-5824 |

District/off: 0315-2                          User: auto                                    Page 3 of 5

Date Rcvd: Jun 02, 2026                       Form ID: 309A                                 Total Noticed: 83

| | | | |
|---|---|---|---|
| 16676630 | Email/Text: Atlanticus@ebn.phinsolutions.com | Jun 03 2026 00:41:00 | Imagine Credit, PO Box 105555, Atlanta, GA 30348-5555 |
| 16676632 | Email/Text: LC-Bankruptcy-RF@loancare.net | Jun 03 2026 00:41:00 | Loancare LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 16676633 | Email/Text: LC-Bankruptcy-RF@loancare.net | Jun 03 2026 00:41:00 | Loancare LLC, Attn: Bankruptcy, PO Box 8068, Virginia Beach, VA 23450-8068 |
| 16676635 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 03 2026 00:50:24 | Lvnv Funding LLC/Resurgent Capital Servi, Resurgent Correspondence, Attn: Bankrupt, PO Box 1269, Greenville, SC 29602-1269 |
| 16676636 | EDI: CITICORP | Jun 03 2026 04:29:00 | Macy's/ DSNB, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 16676638 | Email/Text: bankruptcydpt@mcmcg.com | Jun 03 2026 00:41:00 | Midland Credit Managem, 350 Camino de la Reina, San Diego, CA 92108-3007 |
| 16676639 | Email/Text: bankruptcydpt@mcmcg.com | Jun 03 2026 00:41:00 | Midland Credit Mgmt, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 16676640 | Email/Text: ml-ebn@missionlane.com | Jun 03 2026 00:41:00 | Mission Lane/Webbank, PO Box 105286, Atlanta, GA 30348-5286 |
| 16676641 | ^  MEBN | Jun 03 2026 00:31:17 | National Debt Relief, PO Box 2011, New York, NY 10272-2011 |
| 16676644 | EDI: PRA.COM | Jun 03 2026 04:29:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 16676643 | EDI: PRA.COM | Jun 03 2026 04:29:00 | Portfolio Recov Assoc, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 16676629 | Email/Text: bankruptcy@sequium.com | Jun 03 2026 00:41:00 | Focus Receivables Management, LLC, 1130 Northchase Pkwy SE, Ste 150, Marietta, GA 30067-6429 |
| 16676645 | Email/Text: bankruptcy@sequium.com | Jun 03 2026 00:41:00 | Sequium, 1130 Northchase Pkwy SE, Marietta, GA 30067-6413 |
| 16676646 | ^  MEBN | Jun 03 2026 00:31:11 | Syncb/Old Navy, PO Box 8803, Wilmington, DE 19899-8803 |
| 16676647 | EDI: SYNC | Jun 03 2026 04:29:00 | Syncb/Old Navy, Attn: Bankruptcy, PO Box 96506, Orlando, FL 32896-5065 |
| 16676648 | +  EDI: SYNC | Jun 03 2026 04:29:00 | Syncb/Venmo, PO Box 71737, Philadelphia, PA 19176-1737 |
| 16676649 | EDI: SYNC | Jun 03 2026 04:29:00 | Syncb/Venmo, Attn: Bankruptcy, PO Box 965065, Orlando, FL 32896-5065 |
| 16676650 | +  EDI: SYNC | Jun 03 2026 04:29:00 | Syncb/walm, PO Box 71746, Philadelphia, PA 19176-1746 |
| 16676651 | EDI: SYNC | Jun 03 2026 04:29:00 | Syncb/walm, Synchrony Bank, Attn: Bankruptcy Dept., PO Box 965065, Orlando, FL 32896-5065 |
| 16676652 | Email/Text: bankruptcy@cavps.com | Jun 03 2026 00:41:00 | Synchrony Bank, 1 American Ln, Greenwich, CT 06831-2560 |
| 16676655 | EDI: SYNC | Jun 03 2026 04:29:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 16676654 | +  EDI: SYNC | Jun 03 2026 04:29:00 | Synchrony Bank/Amazon, PO Box 71737, Philadelphia, PA 19176-1737 |
| 16676657 | EDI: SYNC | Jun 03 2026 04:29:00 | Synchrony Bank/American Eagle, Attn: Bankruptcy, PO Box 965065, Orlando, FL 32896-5065 |
| 16676656 | +  EDI: SYNC | Jun 03 2026 04:29:00 | Synchrony Bank/American Eagle, PO Box 71727, Philadelphia, PA 19176-1727 |

District/off: 0315-2 | User: auto | Page 4 of 5
Date Rcvd: Jun 02, 2026 | Form ID: 309A | Total Noticed: 83

| | | | |
|---|---|---|---|
| 16676659 | EDI: SYNC | Jun 03 2026 04:29:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Department, PO Box 965065, Orlando, FL 32896-5065 |
| 16676658 | + EDI: SYNC | Jun 03 2026 04:29:00 | Synchrony Bank/Care Credit, PO Box 71727, Philadelphia, PA 19176-1727 |
| 16676661 | EDI: SYNC | Jun 03 2026 04:29:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 16676660 | + EDI: SYNC | Jun 03 2026 04:29:00 | Synchrony Bank/Lowes, PO Box 71727, Philadelphia, PA 19176-1727 |
| 16676663 | EDI: SYNC | Jun 03 2026 04:29:00 | Synchrony Bank/Qvc, Attn: Bankruptcy, PO Box 965065, Orlando, FL 32896-5065 |
| 16676662 | + EDI: SYNC | Jun 03 2026 04:29:00 | Synchrony Bank/Qvc, PO Box 71727, Philadelphia, PA 19176-1727 |
| 16676665 | EDI: SYNC | Jun 03 2026 04:29:00 | Synchrony Bank/Sams Club, Attn: Bankruptcy, PO Box 965065, Orlando, FL 32896-5065 |
| 16676664 | + EDI: SYNC | Jun 03 2026 04:29:00 | Synchrony Bank/Sams Club, PO Box 71727, Philadelphia, PA 19176-1727 |
| 16676666 | + EDI: SYNC | Jun 03 2026 04:29:00 | Synchrony/Paypal Credit, PO Box 71727, Philadelphia, PA 19176-1727 |
| 16676667 | EDI: SYNC | Jun 03 2026 04:29:00 | Synchrony/Paypal Credit, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |
| 16676669 | EDI: TDBANKNORTH.COM | Jun 03 2026 04:29:00 | Tdrcs/Yard Card, TD Retail Card Services, Attn: Bankruptc, PO Box 100114, Columbia, SC 29202-3114 |
| 16676671 | EDI: G2RSVOLKSWGN | Jun 03 2026 04:29:00 | Volkswagen Credit, Inc, Attn: Bankruptcy, 1401 Franklin Blvd, Libertyville, IL 60048-4460 |
| 16676673 | EDI: WFFC2 | Jun 03 2026 04:29:00 | Wells Fargo Bank NA, Attn: Bankruptcy, PO Box 393, Minneapolis, MN 55480-0393 |
| 16676672 | EDI: WFFC2 | Jun 03 2026 04:29:00 | Wells Fargo Bank NA, PO Box 393, Minneapolis, MN 55480-0393 |

TOTAL: 72

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2026       Signature:       /s/Gustava Winters

District/off: 0315-2                         User: auto                              Page 5 of 5

Date Rcvd: Jun 02, 2026                      Form ID: 309A                           Total Noticed: 83

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2026 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| Brian C. Thompson | on behalf of Joint Debtor Nicole Beaver bthompson@ThompsonAttorney.com bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;skennedy@thompsonattorney.com;krupert@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Brian C. Thompson | on behalf of Debtor Jonathan Beaver bthompson@ThompsonAttorney.com bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;skennedy@thompsonattorney.com;krupert@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Charles O. Zebley, Jr. | COZ@Zeblaw.com  PA67@ecfcbis.com;Lyndie@Zeblaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

TOTAL: 4