Certificate Number: 12433-PAW-DE-041187018

Bankruptcy Case Number: 26-21543



12433-PAW-DE-041187018

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 9, 2026, at 11:59 o'clock AM PDT, Nicole Beaver completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:  July 9, 2026                          By:      /s/Loren Bailey Roberts

                                            Name:  Loren Bailey Roberts

                                            Title:   Teacher