Certificate Number: 12433-PAW-DE-041235160

Bankruptcy Case Number: 26-21543



12433-PAW-DE-041235160

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 22, 2026, at 8:23 o'clock AM PDT, Jon Beaver completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   July 22, 2026

By:   /s/Loren Bailey Roberts

Name:   Loren Bailey Roberts

Title:   Teacher