**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Bankruptcy Case No. 26-21543 JAD |
| JONATHAN BEAVER AND NICOLE BEAVER, | : | Chapter 7 |
| | : | ECF No.__ |
| Debtors. | : | Related to ECF Nos. 29-30 |
| UNITED STATES TRUSTEE, | : | |
| Movant, | : | |
| v. | : | Hearing Date: October 27, 2026, at 10:00 a.m. |
| JONATHAN BEAVER AND NICOLE BEAVER, | : | Response Deadline: October 16, 2026 |
| Respondents. | : | |

**CERTIFICATE OF SERVICE OF MOTION OF THE UNITED STATES TRUSTEE TO DISMISS PURSUANT TO 11 U.S.C. § 707(b)(2) AND/OR (b)(3)**

I hereby certify that on August 18, 2026, I served the United States Trustee's Motion to Dismiss Pursuant to 11 U.S.C. §§ 707(b)(2) and/or (b)(3), along with Notice of Hybrid Hearing and Response Deadline, by first class, U.S. Mail on the attached mailing matrix. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Respectfully Submitted,

Dated: August 18, 2026

By: /s/ *Kamariee Alcaraz*
Kamariee Alcaraz
BMC Group, Inc.
Approved Bankruptcy Notice Provider
3732 W 120TH ST,
Hawthorne, CA 90250
info@bmcgroup.com
T: 888.909.0100

**Exhibit A - Certificate of Service**

**Jonathan Beaver and Nicole Beaver 26-21543**

| List ID | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 31696 | 11 Xfinity Mobile , 1130 Northchase Pkwy SE, Marietta, GA, 30067-6413 | **First Class** |
| 31696 | Ally Bank c/o AIS Portfolio Services, LLC , 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK, 73118-7901 | **First Class** |
| 31696 | Amex/Cbna , PO Box 6789, Sioux Falls, SD, 57117-6789 | **First Class** |
| 31696 | BANK OF AMERICA, PO BOX 982238, EL PASO, TX, 79998-2238 | **First Class** |
| 31696 | Bank of America , PO Box 982238, El Paso, TX, 79998-2238 | **First Class** |
| 31696 | Capital One , AttN: Bankruptcy, PO Box 30285, Salt Lake City, UT, 84130-0285 | **First Class** |
| 31696 | Capital One , PO Box 31293, Salt Lake City, UT, 84131-0293 | **First Class** |
| 31696 | Capitalone , Capital, 1 Attn Bankruptcy, Charlotte, NC, 28201-1330 | **First Class** |
| 31696 | Capitalone , PO Box 3115, Milwaukee, WI, 53201-3115 | **First Class** |
| 31696 | Cavalry Portfolio Serv , 1 American Ln, Greenwich, CT, 06831-2560 | **First Class** |
| 31696 | Cavalry Portfolio Services , Attn: Bankruptcy, 1 American Ln Ste 220, Greenwich, CT, 06831-2563 | **First Class** |
| 31696 | Charles O. Zebley, Jr., P.O. Box 2124, Uniontown, PA, 15401-1724, United States of America | **First Class** |
| 31696 | Chase Card Services , Attn: Bankruptcy, PO Box 15299, Wilmington, DE, 19850-5299 | **First Class** |
| 31696 | Chase Card Services , PO Box 15369, Wilmington, DE, 19850-5369, United States of America | **First Class** |
| 31696 | Citibank , Attn: Bankruptcy Department, PO Box 790046, Saint Louis, MO, 63179-0046 | **First Class** |
| 31696 | Citibank , PO Box 6217, Sioux Falls, SD, 57117-6217, United States of America | **First Class** |
| 31696 | Citibank N.A. , Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD, 57108-5027 | **First Class** |
| 31696 | Citibank N.A. , 350 Camino de la Reina, ste 100, San Diego, CA, 92108-3007 | **First Class** |
| 31696 | Citibank/Sears , Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO, 63179-0040 | **First Class** |
| 31696 | Citibank/Sears , PO Box 6497, Sioux Falls, SD, 57117-6497 | **First Class** |
| 31696 | Comenity Bank , Attn: Bankruptcy, PO Box 182125, Columbus, OH, 43218-2125 | **First Class** |
| 31696 | Comenity Bank , PO Box 182789, Columbus, OH, 43218-2789, United States of America | **First Class** |
| 31696 | Comenity Bank/Maurices , PO Box 182789, Columbus, OH, 43218-2789, United States of America | **First Class** |
| 31696 | Comenity Bank/Maurices , Attn: Bankruptcy, PO Box 182125, Columbus, OH, 43218-2125 | **First Class** |
| 31696 | Comenity/Carter , PO Box 182120, Columbus, OH, 43218-2120 | **First Class** |
| 31696 | Comenity/Carter , Attn: Bankruptcy, PO Box 182125, Columbus, OH, 43218-2125 | **First Class** |
| 31696 | Comenity/MPRC , Attn: Bankrutpcy, PO Box 182125, Columbus, OH, 43218-2125 | **First Class** |
| 31696 | Comenity/MPRC , PO Box 182120, Columbus, OH, 43218-2120, United States of America | **First Class** |
| 31696 | Credit One Bank N.A. , 120 Corporate Blvd, Norfolk, VA, 23502-4952 | **First Class** |
| 31696 | Delaney Chevrolet Nissan Volvo , 5200 State Route 30, Greensburg, PA, 15601-7873 | **First Class** |
| 31696 | Discovercard , PO Box 30939, Salt Lake City, UT, 84130-0939 | **First Class** |
| 31696 | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON, MO, 63368-2239 | **First Class** |
| 31696 | First Electronic Bank , 350 Camino de la Reina, ste 100, San Diego, CA, 92108-3007 | **First Class** |
| 31696 | FIRST SAVINGS BANK, ATTN BANKRUPTCY, 1500 S HIGHLINE AVE, SIOUX FALLS, SD, 57110-1003 | **First Class** |
| 31696 | FIRST SAVINGS BANK, ATTN BANKRUPTCY, 1500 S HIGHLINE AVE, SIOUX FALLS, SD, 57110-1003 | **First Class** |
| 31696 | GRB Law, Jeffrey Hunt, 525 William Penn Place, Suite 3110, Pittsburgh, PA, 15219, United States of America, ecfpeoples@grblaw.com | **First Class** |
| 31696 | Imagine Credit , Attn: Account Services/Bankruptcy, PO Box 105824, Atlanta, GA, 30348-5824 | **First Class** |
| 31696 | Imagine Credit , PO Box 105555, Atlanta, GA, 30348-5555 | **First Class** |
| 31696 | Jonathan Beaver, 56 Maplewood Court, WESTMORELAND-PA, Delmont, PA, 15626, United States of America | **First Class** |
| 31696 | Jonathan Beaver , 56 Maplewood Court, Delmont, PA, 15626-1508 | **First Class** |
| 31696 | KML Law Group PC, Matthew Fissel, 701 Market Street, Suite 5000, Philadelphia, PA, 19106, United States of America, bkgroup@kmllawgroup.com | **First Class** |
| 31696 | Loancare LLC , Attn: Bankrutptcy, PO Box 8068, Virginia Beach, VA, 23450-8068 | **First Class** |
| 31696 | Loancare LLC , 3637 Sentara Way, Virginia Beach, VA, 23452-4262, United States of America | **First Class** |
| 31696 | Lvnv Funding LLC , 355 S Main St, Greenville, SC, 29602 | **First Class** |
| 31696 | Lvnv Funding LLC/Resurgent Capital Servi , Resurgent Correspondence, Attn: Bankrupt, PO Box 1269, Greenville, SC, 29602-1269 | **First Class** |
| 31696 | Macy's/ DSNB , PO Box 6789, Sioux Falls, SD, 57117-6789 | **First Class** |
| 31696 | Midland Credit Managem , 350 Camino de la Reina, ste 100, San Diego, CA, 92108-3007 | **First Class** |
| 31696 | Midland Credit Mgmt , Attn: Bankruptcy, PO Box 939069, San Diego, CA, 92193-9069 | **First Class** |
| 31696 | Mission Lane/Webbank , PO Box 105286, Atlanta, GA, 30348-5286 | **First Class** |
| 31696 | National Debt Relief , PO Box 2011, New York, NY, 10272-2011 | **First Class** |
| 31696 | Nicole Beaver, 56 Maplewood Court, WESTMORELAND-PA, Delmont, PA, 15626, United States of America | **First Class** |
| 31696 | Nicole Beaver , 56 Maplewood Court, Delmont, PA, 15626-1508 | **First Class** |

| List ID | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 31696 | Pamela Beaver , 1408 Swede Hill Road, Greensburg, PA, 15601-4748 | **First Class** |
| 31696 | Peoples Natural Gas Company LLC , GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA, 15219-1753 | **First Class** |
| 31696 | Portfolio Recov Assoc , 120 Corporate Blvd, Norfolk, VA, 23502-4952, United States of America | **First Class** |
| 31696 | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK, VA, 23541-1067, United States of America | **First Class** |
| 31696 | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK, VA, 23541-1067 | **First Class** |
| 31696 | Quantum3 Group LLC as agent for , Comenity Bank, PO Box 788, Kirkland, WA, 98083-0788 | **First Class** |
| 31696 | SEQUIUM ASSET SOLUTIONS LLC, 1130 NORTHCHASE PKWY, SUITE 150, MARIETTA, GA, 30067-6429 | **First Class** |
| 31696 | SEQUIUM ASSET SOLUTIONS LLC, 1130 NORTHCHASE PKWY, SUITE 150, MARIETTA, GA, 30067-6429 | **First Class** |
| 31696 | Syncb/Old Navy , PO Box 8803, Wilmington, DE, 19899-8803, United States of America | **First Class** |
| 31696 | Syncb/Old Navy , Attn: Bankruptcy, PO Box 96506, Orlando, FL, 32896-5065 | **First Class** |
| 31696 | Syncb/Venmo , Attn: Bankruptcy, PO Box 965065, Orlando, FL, 32896-5065 | **First Class** |
| 31696 | Syncb/Venmo , PO Box 71737, Philadelphia, PA, 19176-1737 | **First Class** |
| 31696 | Syncb/walm , Synchrony Bank, Attn: Bankruptcy Dept., PO Box 965065, Orlando, FL, 32896-5065 | **First Class** |
| 31696 | Syncb/walm , PO Box 71746, Philadelphia, PA, 19176-1746 | **First Class** |
| 31696 | Synchrony Bank , by AIS InfoSource LP as agent, PO Box 661380, Dallas, TX, 75266-1380 | **First Class** |
| 31696 | Synchrony Bank , 1 American Ln, Greenwich, CT, 06831-2560 | **First Class** |
| 31696 | Synchrony Bank Tjx Rewards Cre , Greenville, SC, 29602 | **None** |
| 31696 | Synchrony Bank/Amazon , PO Box 71737, Philadelphia, PA, 19176-1737 | **First Class** |
| 31696 | Synchrony Bank/Amazon , Attn: Bankruptcy, PO Box 965060, Orlando, FL, 32896-5060 | **First Class** |
| 31696 | Synchrony Bank/American Eagle , PO Box 71727, Philadelphia, PA, 19176-1727 | **First Class** |
| 31696 | Synchrony Bank/American Eagle , Attn: Bankruptcy, PO Box 965065, Orlando, FL, 32896-5065 | **First Class** |
| 31696 | Synchrony Bank/Care Credit , Attn: Bankruptcy Department, PO Box 965065, Orlando, FL, 32896-5065 | **First Class** |
| 31696 | Synchrony Bank/Care Credit , PO Box 71727, Philadelphia, PA, 19176-1727 | **First Class** |
| 31696 | Synchrony Bank/Lowes , Attn: Bankruptcy, PO Box 965060, Orlando, FL, 32896-5060 | **First Class** |
| 31696 | Synchrony Bank/Lowes , PO Box 71727, Philadelphia, PA, 19176-1727 | **First Class** |
| 31696 | Synchrony Bank/Qvc , Attn: Bankruptcy, PO Box 965065, Orlando, FL, 32896-5065 | **First Class** |
| 31696 | Synchrony Bank/Qvc , PO Box 71727, Philadelphia, PA, 19176-1727 | **First Class** |
| 31696 | Synchrony Bank/Sams Club , Attn: Bankruptcy, PO Box 965065, Orlando, FL, 32896-5065 | **First Class** |
| 31696 | Synchrony Bank/Sams Club , PO Box 71727, Philadelphia, PA, 19176-1727 | **First Class** |
| 31696 | Synchrony/Paypal Credit , Attn: Bankruptcy, PO Box 965064, Orlando, FL, 32896-5064 | **First Class** |
| 31696 | Synchrony/Paypal Credit , PO Box 71727, Philadelphia, PA, 19176-1727 | **First Class** |
| 31696 | Tdrcs/Yard Card , PO Box 100270, Columbia, SC, 29202 | **First Class** |
| 31696 | Tdrcs/Yard Card , TD Retail Card Services, Attn: Bankruptc, PO Box 100114, Columbia, SC, 29202-3114 | **First Class** |
| 31696 | The Bank of Missouri , 350 Camino de la Reina, ste 100, San Diego, CA, 92108-3007 | **First Class** |
| 31696 | Thompson Law Group, P.C., Brian C. Thompson Esquire, 301 Smith Drive, Suite 6, Cranberry Township, PA, 16066, United States of America, bthompson@ThompsonAttorney.com | **First Class** |
| 31696 | US DEPARTMENT OF HOUSING & URBAN DEVELOPMENT, ATTN OFFICE OF REGIONAL COUNSEL, 801 MARKET STREET 12TH FLOOR, PHILADELPHIA, PA, 19107-3126 | **First Class** |
| 31696 | Volkswagen Credit, Inc , Attn: Bankruptcy, 1401 Franklin Blvd, Libertyville, IL, 60048-4460 | **First Class** |
| 31696 | Wells Fargo Bank NA , Attn: Bankruptcy, PO Box 393, Minneapolis, MN, 55480-0393 | **First Class** |
| 31696 | Wells Fargo Bank NA , PO Box 393, Minneapolis, MN, 55480-0393 | **First Class** |