**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: Jonathan Beaver and Nicole Beaver, | : | Bankruptcy Case No.: 26-21543-JAD |
| | : | Chapter 7 |
| Debtors, | : | |
| | : | Document No.: |
| Jonathan Beaver and, Nicole Beaver, | : | Related to Document No.: 24, 25 |
| Movants, | : | |
| v. | : | Hearing Date and Time: September 15, 2026, at 11:00 a.m. |
| No Respondent, | : | |

**<u>CERTIFICATION OF NO OBJECTION REGARDING
MOTION TO CONVERT CASE FROM CHAPTER 7 TO CHAPTER 13</u>**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on August 10, 2026, at Document No. 24 have been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Objections appear thereon. Pursuant to the Notice Setting Hearing and Response Deadline at Document No. 25, Objections were to be filed and served no later than August 27, 2026.

It is hereby respectfully requested that the Proposed Order filed as an Exhibit attached to Motion recorded at Document No. 24 be entered by the Court.

Date: August 28, 2026

/s/ Brian C. Thompson

Brian C. Thompson, Esquire
Attorney for Debtor(s)
PA ID No. 91197
THOMPSON LAW GROUP, P.C.
301 Smith Drive, Suite 6
Cranberry Township, PA 16066
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
bthompson@thompsonattorney.com