IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:<br>Jonathan Beaver<br>Nicole Beaver<br><br>Debtor<br><br>Jonathan Beaver<br>Nicole Beaver<br><br>Movant<br><br>v.<br><br>No Respondent | : | Bankruptcy No. 2:26-bk-21543<br><br>Chapter 13<br><br>Related to Document No. |

**NOTICE REGARDING MODIFICATION TO MAILING MATRIX**

In accordance with Local Bankruptcy Rule 1007-1(f) I, Brian C. Thompson, Esquire, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors'names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above captioned case regarding the filing of an amendment to the schedules

Ally Financial
PO Box 380901
Minneapolis, MN 55438-09

By: /s/ Brian C. Thompson, Esquire
Signature
Brian C. Thompson, Esquire
Typed Name
301 Smith Drive, Suite 6
Suite 200
Cranberry Township, PA 16066
Address
(724) 799-8404 Fax:(724) 799-8409
Phone No.
91197 PA
List Bar I.D. and State of Admission


Software Copyright (c) 1996-2026 Best Case LLC - www.bestcase.com Best Case Bankruptcy